No. 143. JOHN LUCAS v. THE AMERICAN-HAWAIIAN ENGINEERING AND CONSTRUCTION COMPANY, LIMITED, C. S. HOLLOWAY, SUPERINTENDENT OF PUBLIC WORKS OF THE TERRITORY OF HAWAII, AND J. H. FISHER, AUDITOR OF THE TERRI-

TORY OF HAWAII. Petition for rehearing. Submitted August 15, 1904. Decided August 15, 1904. The original decision is reported *ante* p. 80. Per curiam: The petition is denied. *Kinney, McClanahan & Cooper* for plaintiff. *Castle & Withington* for defendant corporation, the petitioner for rehearing.